IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Victor Tremaine Leathers,<br><br>**Debtor(s)**.<br><br>―――――――――――――<br><br>Progress Residential Borrower 17, LLC<br><br>**Movant**<br><br>v.<br><br>Victor Tremain Leathers, Debtor(s);<br>Twanshella Leathers, Codebtor(s);<br>and Melissa J. Davey, Trustee<br><br>**Respondents**. | CASE NO. 25-58601-pmb<br>CHAPTER 13<br><br>Judge Paul Baisier<br><br>CONTESTED MATTER |

### MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER

COMES NOW Progress Residential Borrower 17, LLC ("Movant"), and files this Motion to Lift Stay for Debtor's Noncompliance with Strict Compliance Order and shows the Court as follows:

1.

Debtor leases certain real property from Movant known as 7601 Hilltop Way, College Park, GA 30349, (hereinafter, the "Property"). Movant sought relief from the automatic stay as to Debtor [Doc. 15], in light of the default under the terms of the lease agreement between the parties in failing to pay post-petition rent, late fees, and utilities for August and September 2025.

2.

1

This Court entered an Order Denying Motion for Relief from Stay with Strict Compliance ("Strict Compliance Order") on July 29, 2025 [Doc. 20] pursuant to terms consented to between Debtor and Movant.

3.

The terms of the Strict Compliance Order required Debtor to resume strict compliance with the lease post petition commencing October 1, 2025. Debtor further agreed to cure the post petition arrearage by October 15, 2025. Debtor further agreed to either (1) cure the total pre-petition arrearage of $9,556.51 by filing an amended plan by October 15, 2025, curing said pre-petition sum by October 15, 2026 or (2) to cure the pre-petition arrearage by October 15, 2025 via payment in full to Movant.

4.

Any payment default under the terms of the Strict Compliance Order requires Movant to send notice of said default to Debtor and Debtors' attorney. Debtor has five (5) days from receipt of said notice to cure a payment default.

5.

Debtor initially failed to resume strict compliance under the lease agreement commencing October 1, 2025. Debtor further failed to either (1) cure the total pre-petition arrearage of $9,556.51 by filing an amended plan by October 15, 2025, curing said pre-petition sum by October 15, 2026 or (2) to cure the pre-petition arrearage by October 15, 2025 via payment in full to Movant.

6.

On October 10, 2025, counsel for Movant sent a Notice of Default pursuant to the terms of the Strict Compliance Order ("Notice of Default"). See Notice of Default attached hereto as **Exhibit 1**.

7.

Counsel for Debtor acknowledged receipt of the Notice of Default sent by email on October 13, 2025.

8.

Debtor failed to timely cure the default in total, particularly by failing to either (1) cure the total pre-petition arrearage of $9,556.51 by filing an amended plan by October 15, 2025, curing said pre-petition sum by October 15, 2026 or (2) to cure the pre-petition arrearage by October 15, 2025 via payment in full to Movant. *See* Affidavit of Noncompliance, attached hereto as **Exhibit 2**.

9.

Movant therefore moves this Court to enter an Order granting it relief from the automatic stay as set forth within the Strict Compliance Order without further hearing.

10.

Movant is otherwise unable to exercise its state law remedies under the terms of the Lease Agreement so long as the automatic stay remains in effect.

WHEREFORE, Movant PROGRESS RESIDENTIAL BORROWER 17, LLC prays for the following relief:

   (a)   That this Court grant Movant's Motion for Relief From Stay;

   (b)   That the automatic stay pursuant to §§ 362 and 1301 of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

  (c)  That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

  (d)  That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

  (e)  For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Wednesday, October 22, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>2090 Dunwoody Club Dr, Ste 106-33<br>Atlanta, GA 30350<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com | /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589)<br>ATTORNEY FOR MOVANT |

## CERTIFICATE OF SERVICE

      This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

| | |
|---|---|
| Melissa J. Davey | E.L. Clark |
| Standing Chapter 13 Trustee | Clark & Washington, LLC |
| Ste 2250 | Bldg 3 |
| 233 Peachtree Street NE | 3300 Northeast Expwy |
| Atlanta, GA 30303 | Atlanta, GA 30341 |

      I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

                                  Victor Tremaine Leathers, Debtor
                                  7601 Hilltop Way
                                  College Park, GA 30349

                                  Twanshella Leathers, Codebtor
                                  7601 Hilltop Way
                                  College Park, GA 30349

Dated: Wednesday, October 22, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 2090 Dunwoody Club Dr, Ste 106-33 | MATTHEW F. TOTTEN |
| Atlanta, GA 30350 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |