UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| VICTOR TREMAINE LEATHERS | ) | CASE NO.:  25-58601-PMB |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL FOLLOWING CONFIRMATION HEARING ON FEBRUARY 19, 2026**

At the hearing on Confirmation on February 19, 2026, the Trustee announced an agreement that the Debtor would do the following within ten (10) days:  Provide Funding ($1,502.00). Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

1. Debtor failed to Provide Funding ($1,502.00).

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal.**

Dated: March 09, 2026.

Respectfully Submitted,

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.: 25-58601-PMB |
| VICTOR TREMAINE LEATHERS | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.

      I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

VICTOR TREMAINE LEATHERS
7601 HILLTOP WAY
ATLANTA, GA 30349

Dated: March 09, 2026.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com