# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Victor Tremaine Leathers**<br>7601 Hilltop Way<br>Atlanta, GA 30349<br><br>xxx−xx−3472 | Case No.: **25−58601−pmb**<br>Chapter: **13**<br>Judge: **Paul Baisier** |

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_Paul Baisier_
_____
Paul Baisier
United States Bankruptcy Judge

Dated: March 9, 2026

Form 157

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 25-58601-pmb
Victor Tremaine Leathers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 3
Date Rcvd: Mar 09, 2026      Form ID: 157      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Tremaine Leathers, 7601 Hilltop Way, Atlanta, GA 30349-7960 |
| cr | + | Progress Residential Borrower 17, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350 UNITED STATES 30350-5434 |
| 25397447 | + | Blackwell, 4725 N Scottsdale Rd, Scottsdale, AZ 85251-7607 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 10 2026 00:21:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25473210 | ^ | MEBN | Mar 09 2026 20:34:03 | AMERICAN CAR CENTER, C/O Westlake Portfolio Management, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 25397446 | + | Email/Text: bk@avant.com | Mar 09 2026 20:38:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 25422779 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2026 20:49:42 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25397448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2026 20:50:42 | Capital Bank N.A., Attn: Bankruptcy, 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 25397449 | + | EDI: CAPONEAUTO.COM | Mar 10 2026 00:21:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 25498096 | + | EDI: AISACG.COM | Mar 10 2026 00:21:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25397450 | | Email/Text: operations@empower.me | Mar 09 2026 20:37:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 25397451 | + | EDI: AMINFOFP.COM | Mar 10 2026 00:20:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25397452 | | EDI: GADEPTOFREV | Mar 10 2026 00:21:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25397453 | | EDI: IRS.COM | Mar 10 2026 00:21:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25454831 | | EDI: JEFFERSONCAP.COM | Mar 10 2026 00:21:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25397454 | + | EDI: JEFFERSONCAP.COM | Mar 10 2026 00:21:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |

Case 25-58601-pmb   Doc 30   Filed 03/11/26   Entered 03/12/26 00:57:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: 157 | Total Noticed: 26 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 25488216 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2026 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25397455 | + | EDI: NFCU.COM | Mar 10 2026 00:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 25471197 | | EDI: NFCU.COM | Mar 10 2026 00:21:00 | Navy Federal Credit Union Attn Bankruptcy, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 25412535 | + | Email/Text: bknotices@progressresidential.com | Mar 09 2026 20:38:00 | Progress Residential Borrower 17, LLC, 7500 N Dobson Rd, Suite 300, Scottsdale, AZ 85256-2727 |
| 25397456 | + | Email/Text: bknotices@progressresidential.com | Mar 09 2026 20:38:00 | Progress Residential Borrower 5 LLC, RA: Corporation Service Company, 7500 N. Dobson Rd., Suite 300, Scottsdale, AZ 85256-2727 |
| 25397457 | ^ | MEBN | Mar 09 2026 20:32:42 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 25397458 | | Email/Text: bankruptcy@self.inc | Mar 09 2026 20:37:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 25397459 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Mar 09 2026 20:37:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Avenue, St. Paul, MN 55114-1020 |
| 25440470 | | Email/Text: EDBKNotices@ecmc.org | Mar 09 2026 20:36:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 25398378 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 09 2026 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Victor Tremaine Leathers cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | |

District/off: 113E-9 User: bncadmin Page 3 of 3
Date Rcvd: Mar 09, 2026 Form ID: 157 Total Noticed: 26

mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com

TOTAL: 3